B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jansma, Dale Lee** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5015** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**16015 Stateline Rd.**<br>**Cedar Lake, IN**<br><div align="right">ZIP Code<br>**46303**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):　　**946 Old Farm Road**<br>**Lynwood, IL 60411** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,  ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as  business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                        Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Jansma, Dale Lee** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jansma, Dale Lee** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Dale Lee Jansma**
Signature of Debtor  **Dale Lee Jansma**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March  3, 2009**
Date

### Signature of Attorney*

**X** **/s/ Chester H. Foster, Jr.**
Signature of Attorney for Debtor(s)

**Chester H. Foster, Jr. 03122632**
Printed Name of Attorney for Debtor(s)

**Foster, Kallen & Smith**
Firm Name
**3825 W. 192nd St.**
**Homewood, IL 60430**

_____
Address

**Email: chf@fosterkallen.com**
**708-799-6300  Fax: 708-799-6339**
Telephone Number

**March  3, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Dale Lee Jansma** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Dale Lee Jansma**
    **Dale Lee Jansma**

Date:    **March  3, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Dale Lee Jansma** ,
                          Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,810,000.00 | | |
| B - Personal Property | Yes | 4 | 54,649.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 2,376,229.33 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 824,138.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,893.77 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 8,345.00 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| | | Total Assets | 1,864,649.00 | | |
| | | | Total Liabilities | 3,200,367.62 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re   **Dale Lee Jansma**                                                      ,      Case No. _____

                                                    Debtor

                                                          Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Dale Lee Jansma** _____,   Case No. _____
                                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1938 183rd Pl.** **Lansing, IL 60438** | | - | 185,000.00 | 176,216.43 |
| **2818 223rd St.** **Sauk Village, IL 60411** | | - | 165,000.00 | 160,754.51 |
| **2828 Autum Dr.** **Schererville, IN 46307** | | - | 220,000.00 | 239,478.00 |
| **16015 Stateline Rd.** **Lowell, IN 46356** | | - | 350,000.00 | 328,063.00 |
| **946 Old Farm Road** **Lynwood, IL 60411** | **Owner of 100% of First National Bank of Illinois Land Trust #3809** | - | 750,000.00 | 1,314,774.75 |
| **3526 Lake St.** **Lansing, IL 60438** | | - | 140,000.00 | 102,942.64 |

| | | |
|---|---|---|
| Sub-Total > | **1,810,000.00** | (Total of this page) |
| Total > | **1,810,000.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Dale Lee Jansma**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Safe in house** | - | **500.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Savings Bank of Hegewisch Account 0400012012** | J | **190.00** |
| | | **First Savings Bank of Hegewisch Account 0400005592** | J | **154.00** |
| | | **Centier Bank Account 00667984** | - | **55.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc household goods** | J | **2,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc books and cd's** | - | **250.00** |
| 6. Wearing apparel. | | **Misc clothing** | - | **2,000.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **5,649.00**
(Total of this page)

  __3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dale Lee Jansma**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Jansma Builders, Inc.** **100% stock** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **27 shares of Kapps Golf Management, Inc. (50% ownership)** | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **estimated 2008 tax refund** | J | 2,500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      2,500.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Dale Lee Jansma**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Lincoln Town Car** | - | 4,800.00 |
| | | **2001 Ford F-150** | - | 3,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Pet dog** | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **1999 Toro Riding Lawnmower** | - | 400.00 |
| | | **1964 Ford Farm Tractor** | - | 1,000.00 |
| | | **2 bicycles** | - | 300.00 |

| | Sub-Total >  (Total of this page) | **9,700.00** |
|---|---|---|

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Dale Lee Jansma**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Manure spreader | - | 500.00 |
| | | Misc yard tools | - | 300.00 |
| | | Used whipper & blower | - | 500.00 |
| | | chain saw | - | 500.00 |
| | | Option to purchase Cirque Court<br>It is believed that option terminated in December 2008 | - | 0.00 |
| | | Kubota Mini-Excavator<br>Model #KX913R2S<br>Oral lease to Rich Ostergrin<br>15 Elm Drive<br>LaPorte, IN | - | 35,000.00 |
| | | Beneficial interest of First National Bank of Illinois<br>Land Trust #3809<br>See Schedule A | - | 0.00 |

|  |  |
|---|---|
| Sub-Total > | 36,800.00 |
| (Total of this page) | |
| Total > | 54,649.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Dale Lee Jansma**                                              ,   Case No. _____
                                            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **16015 Stateline Rd.** | **735 ILCS 5/12-901** | **15,000.00** | **350,000.00** |
| **Lowell, IN 46356** | | | |
| **Cash on Hand** | | | |
| **Safe in house** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Misc books and cd's** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Wearing Apparel** | | | |
| **Misc clothing** | **735 ILCS 5/12-1001(a)** | **2,000.00** | **2,000.00** |
| **Stock and Interests in Businesses** | | | |
| **Jansma Builders, Inc.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **100% stock** | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **estimated 2008 tax refund** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| **Animals** | | | |
| **Pet dog** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **1964 Ford Farm Tractor** | **735 ILCS 5/12-1001(b)** | **750.00** | **1,000.00** |

|  |  | Total: | **21,000.00** | **356,250.00** |
|---|---|---|---|---|

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Dale Lee Jansma**                                                                    Case No. _____
                                                              ,
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **11804087** | | | Opened 6/29/07 Last Active 1/26/09 | | | | | |
| Allegiance Bank 8001 W. 183rd St. Tinley Park, IL 60487 | - | | Mortgage  946 Old Farm Road Lynwood, IL 60411 | | | | | |
| | | | Value $                750,000.00 | | | | 808,573.00 | 58,573.00 |
| Account No. **33-17-400-005-0000** | | | Property taxes | | | | | |
| Cook County Treasurer P.O. Box 4488 Carol Stream, IL 60197 | - | | 946 Old Farm Road Lynwood, IL 60411 | | | | | |
| | | | Value $                750,000.00 | | | | 6,201.75 | 6,201.75 |
| Account No. **33-31-120-032-0000** | | | property taxes | | | | | |
| Cook County Treasurer P.O. Box 4488 Carol Stream, IL 60197 | - | | 2818 223rd St. Sauk Village, IL 60411 | | | | | |
| | | | Value $                165,000.00 | | | | 8,754.51 | 0.00 |
| Account No. **30-32-123-021-0000** | | | property taxes | | | | | |
| Cook County Treasurer P.O. Box 4488 Carol Stream, IL 60197 | - | | 3526 Lake St. Lansing, IL 60438 | | | | | |
| | | | Value $                140,000.00 | | | | 1,294.31 | 0.00 |

____3____ continuation sheets attached

Subtotal                      |  824,823.57  |  64,774.75
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re     **Dale Lee Jansma**_____,     Case No. _____
                                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **30-32-123-022-0000**<br><br>**Cook County Treasurer**<br>**P.O. Box 4488**<br>**Carol Stream, IL 60197** | - | | property taxes<br><br>**3526 Lake St.**<br>**Lansing, IL 60438**<br><br>Value $          **140,000.00** | | | | **1,648.33** | **0.00** |
| Account No. **29-36-309-004-0000**<br><br>**Cook County Treasurer**<br>**P.O. Box 4488**<br>**Carol Stream, IL 60197** | - | | property tax<br><br>**1938 183rd Pl.**<br>**Lansing, IL 60438**<br><br>Value $          **185,000.00** | | | | **2,797.43** | **0.00** |
| Account No.<br><br>**Cotton Acquisition, LLC**<br>**Walter Cotton**<br>**6641 Joliet St.**<br>**Dyer, IN 46311** | - | | 8/30/2007<br><br>**validity of lien uncertain**<br><br>**946 Old Farm Road**<br>**Lynwood, IL 60411**<br>Value $          **750,000.00** | | | | **200,000.00** | **200,000.00** |
| Account No. 1409000368807<br><br>**Everhome Mortgage Co**<br>**Attn: Bankruptcy**<br>**8100 Nationsway**<br>**Jacksonville, FL 32256** | - | | **Opened  7/01/06  Last Active  5/27/08**<br><br>**2828 Autum Dr.**<br>**Schererville, IN 46307**<br><br>Value $          **220,000.00** | | | | **156,000.00** | **0.00** |
| Account No.<br><br>**Gordon Burich**<br>**12416 Kingfisher Rd.**<br>**Crown Point, IN 46307** | - | | 12/21/2007<br><br>**validity of lien uncertain**<br><br>**946 Old Farm Road**<br>**Lynwood, IL 60411**<br>Value $          **750,000.00** | | | | **100,000.00** | **100,000.00** |

Sheet ___**1**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **460,445.76** | **300,000.00** |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Dale Lee Jansma**_____,   Case No. _____
                                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | | |
| Account No. **2500043958** | | | | | Lincoln Town car and F-150 | | | | | |
| **Great Lakes Bank** **13057 S. Western Ave.** **Blue Island, IL 60406** | - | | | | | | | X | | |
| | | | | | Value $              8,000.00 | | | | 20,000.00 | 12,000.00 |
| Account No. **7471681668** | | | | | Opened 12/01/06  Last Active 12/31/08 | | | | | |
| **Home Comings Financial** **Attention:  Bankruptcy Dept** **1100 Virginia Drive** **Fort Washington, PA 19034** | - | | | | 16015 Stateline Rd. Lowell, IN 46356 | | | | | |
| | | | | | Value $            350,000.00 | | | | 260,881.00 | 0.00 |
| Account No. **7470006313** | | | | | Opened  7/01/06  Last Active 5/16/08 | | | | | |
| **Home Comings Financial** **Attention:  Bankruptcy Dept** **1100 Virginia Drive** **Fort Washington, PA 19034** | - | | | | 1938 183rd Pl. Lansing, IL 60438 | | | | | |
| | | | | | Value $            185,000.00 | | | | 139,400.00 | 0.00 |
| Account No. **7305864795** | | | | | Opened 12/01/06  Last Active 11/26/08 | | | | | |
| **Home Comings Financial** **Attention:  Bankruptcy Dept** **1100 Virginia Drive** **Fort Washington, PA 19034** | - | | | | 16015 Stateline Rd. Lowell, IN 46356 | | | | | |
| | | | | | Value $            350,000.00 | | | | 67,182.00 | 0.00 |
| Account No. **6683002197485** | | | | | Opened  5/01/06  Last Active  3/11/08 | | | | | |
| **Indymac Bank** **7700 W Parmer Ln** **Bldg D 2nd Floor** **Austin, TX 78729** | - | | | | 2818 223rd St. Sauk Village, IL 60411 | | | | | |
| | | | | | Value $            165,000.00 | | | | 152,000.00 | 0.00 |

Sheet _**2**_ of _**3**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   |   639,463.00   |   12,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Dale Lee Jansma**                                                                          ,        Case No. _____
                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Irwin Home Equity**<br>**12677 Alcosta Blvd.**<br>**Suite 500**<br>**San Ramon, CA 94583** | - | | **2828 Autum Dr.**<br>**Schererville, IN 46307**<br><br>Value $        **220,000.00** | | | | **83,478.00** | **19,478.00** |
| Account No. **20454997**<br><br>**Kubota Credit Corporation**<br>**1175 S. Guild**<br>**Lodi, CA 95420** | | | **Kubota Mini-Excavator**<br>**Model #KX913R2S**<br>**Oral lease to Rich Ostergrin**<br>**15 Elm Drive**<br>**LaPorte, IN**<br><br>Value $          **35,000.00** | | | | **34,000.00** | **0.00** |
| Account No.<br><br>**Michael Jansma**<br>**4585 Levi Ct.**<br>**Loveland, CO 80537** | - | | **8/22/2007**<br><br>**validity of lien uncertain**<br><br>**946 Old Farm Road**<br>**Lynwood, IL 60411**<br>Value $        **750,000.00** | | | | **200,000.00** | **200,000.00** |
| Account No.<br><br>**Ron Fillian**<br>**2041 Raintree Rd.**<br>**Yorkville, IL 60560** | - | | **10/15/2007**<br><br>**3526 Lake St.**<br>**Lansing, IL 60438**<br><br>Value $        **140,000.00** | | | | **100,000.00** | **0.00** |
| Account No. **1560755393865**<br><br>**Washington Mutual Mortgage**<br>**Attention: Bankruptcy Dept. JAXA 2035**<br>**7255 Bay Meadows Way**<br>**Jacksonville, FL 32256** | - | | **Opened  7/01/06  Last Active  5/27/08**<br><br>**1938 183rd Pl.**<br>**Lansing, IL 60438**<br><br>Value $        **185,000.00** | | | | **34,019.00** | **0.00** |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **451,497.00** | **219,478.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **2,376,229.33** | **596,252.75** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Dale Lee Jansma**                                   ,    Case No. _____

                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

           **0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Dale Lee Jansma**                           ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **5444**<br><br>**5/3 Bank Cc**<br>**38 Fountain Square**<br>**Cincinnati, OH 45263** | | - | | | **Opened 3/28/03  Last Active 6/19/08**<br>**CreditCard** | | | | 3,293.00 |
| Account No.<br><br>**AAA Supply**<br>**608 Route 41**<br>**Schererville, IN 46375** | X | - | | | **Possible personal liability on debt of Jansma Builders, Inc.** | X | | X | 1,075.60 |
| Account No. **5584189705915720**<br><br>**Advanta Bank Corp**<br>**Po Box 844**<br>**Spring House, PA 19477** | | - | | | **Opened 9/01/05  Last Active 5/16/08**<br>**ChargeAccount** | | | | 6,074.00 |
| Account No.<br><br>**Alfonso Menchaca**<br>**1127 Cornwallis Ln.**<br>**Munster, IN 46321** | | - | | | **5/21/2007**<br>**Contingent claim satisfied through loss of option to purchase Cirque Court property** | X | | | 25,000.00 |

|  | Subtotal<br>(Total of this page) | 35,442.60 |
|---|---|---|

  **16**  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     S/N:34868-090210   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Lee Jansma** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| All Phases Electrical 2240 W. Exchange Rd. Crete, IL 60417 | X | - | | | X | | X | 9,595.18 |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Allied Plumbing 404 Industrial Dr. Griffith, IN 46319 | X | - | | | X | | X | 16,403.00 |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Anthony G. Cattullo Law Offices 18141 Dixie Highway, Suite 108 Homewood, IL 60430 | X | - | | | X | | X | 3,000.00 |
| Account No. | | | | 1/2/2006 Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Arthur Jansma 3258 204th St. Chicago Heights, IL 60411 | X | - | | | X | | X | 12,500.00 |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| AT&T P.O. Box 8100 Aurora, IL 60507-8100 | X | - | | | X | | X | 137.72 |

Sheet no. __1___ of __16__ sheets attached to Schedule of                     Subtotal             | 41,635.90 |
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Lee Jansma** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **B&L Drywall** <br> **10770 Joliet St.** <br> **Saint John, IN 46373** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 11,070.03 |
| Account No. 749-23014-5137-86 <br><br> **Bank of America** <br> **P.O. Box 15027** <br> **Wilmington, DE 19850-5027** | | - | | Credit Card debt | | | | 10,499.95 |
| Account No. 4192-0000-0311-1895 <br><br> **Bank of America** <br> **P.O. Box 15184** <br> **Wilmington, DE 19850-5184** | | - | | Credit Card debt | | | | 40,868.43 |
| Account No. <br><br> **Blink Appliance** <br> **2717 Glenwood-Lansing Rd.** <br> **Chicago Heights, IL 60411** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 7,459.15 |
| Account No. <br><br> **Cabinets Unlimited** <br> **1007 Ravenswood Dr.** <br> **Saint John, IN 46373** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 1,047.85 |

Sheet no. __**2**__ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **70,945.41**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Lee Jansma** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4802-1326-5032-3796**<br><br>**Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | - | | **Credit card debt** | | | | 8,217.11 |
| Account No. **901028590000033975**<br><br>**Centier Bank**<br>**600 E 84th Ave**<br>**Merrillville, IN 46410** | - | | **Opened  2/03/03  Last Active  9/26/08**<br>**NoteLoan** | | | | 19,361.00 |
| Account No. **4147-2020-2001-5234**<br><br>**Chase - Cc**<br>**Attention:  Banktruptcy Department**<br>**Po Box 15298**<br>**Wilmintgon, DE 19850** | - | | **Opened  4/01/06  Last Active  5/16/08**<br>**CreditCard** | | | | 33,083.00 |
| Account No. **5424-1808-1691-7204**<br><br>**Citi**<br>**Attn: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64915** | - | | **Opened 11/01/04  Last Active  5/16/08**<br>**CreditCard** | | | | 22,930.00 |
| Account No. **7510790044057051**<br><br>**Citi Flex**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | - | | **Opened  5/01/07  Last Active  6/18/08**<br>**CheckCreditOrLineOfCredit** | | | | 3,200.00 |

Sheet no. __**3**___ of __**16**___ sheets attached to Schedule of                     Subtotal            86,791.11
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Lee Jansma**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| CNH Capital America LLC P.O. Box 3600 Lancaster, PA 17601 | X | - | | | X | | X | |
| | | | | | | | | 60,000.00 |
| Account No. 601120895652 | | | | Opened  8/01/88  Last Active 12/31/08 CreditCard | | | | |
| Discover Financial Attention:  Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | - | | | | | | |
| | | | | | | | | 996.00 |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Dreyer, Ooms, Van Drunen Ltd. 17075 South Park South Holland, IL 60473 | X | - | | | X | | X | |
| | | | | | | | | 17,784.87 |
| Account No. | | | | 5/21/2007 Contingent claim satisfied through loss of option to purchase Cirque Court property | | | | |
| Elias Terrazas 22314 Plum Creek Dr. Chicago Heights, IL 60411 | | - | | | X | | | |
| | | | | | | | | 75,000.00 |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Farm Plan P.O. Box 5328 Madison, WI 53705 | X | - | | | X | | X | |
| | | | | | | | | 197.79 |

| Sheet no. __4___ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 153,978.66 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Lee Jansma**                                                                      ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5444302300045500** <br><br> **Fifth Third Bank** <br> **C/O Bankruptcy Dept, Mdropso5** <br> **1850 East Paris** <br> **Grand Rapids, MI 49546** | | - | | **Opened 3/01/03 Last Active 6/19/08** <br> **CreditCard** | | | | **3,293.00** |
| Account No. <br><br> **First American Corelogic, Inc.** <br> **P.O. Box 847239** <br> **Dallas, TX 75284-7239** | X | - | | **Possible personal liability on debt of Jansma Builders, Inc.** | X | | X | **1,900.00** |
| Account No. **6019-2021-0003-6738** <br><br> **GE Cap Finance** <br> **GE Money Bank** <br> **P.O. Box 981127** <br> **El Paso, TX 79998-1127** | | - | | **Credit card** | | | | **1,738.09** |
| Account No. <br><br> **Gehl Finance** <br> **P.O. Box 1985** <br> **West Bend, WI 53095** | X | - | | **Possible personal liability on debt of Jansma Builders, Inc.** | X | | X | **45,872.12** |
| Account No. **603220747046** <br><br> **GEMB / Walmart** <br> **Attention: Bankruptcy** <br> **Po Box 103106** <br> **Roswell, GA 30076** | | - | | **Opened 2/01/88 Last Active 1/09/09** <br> **ChargeAccount** | | | | **546.00** |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **53,349.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Lee Jansma**                                                    ,      Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Gus Bock's Ace Hardware 1150 Sheffield Av. Dyer, IN 46311 | X | - | | | | X | | X | 345.83 |
| Account No. | | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Hardings Heavy Equipment c/o Law Offices of Eduardo Fontanez 7135 Indianapolis Blvd. Hammond, IN 46324 | X | - | | | | X | | X | 5,172.75 |
| Account No. 6035-3220-2552-2222 | | | | | Credit card | | | | |
| Home Depot Credit Services P.O. Box 653001 Dallas, TX 75265-3001 | | - | | | | | | | 6,046.45 |
| Account No. | | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Home Lumber Co. c/o Casale, Woodward & Buls, LLP 9223 Broadway Suite A Merrillville, IN 46410 | X | - | | | | X | | X | 1,904.82 |
| Account No. | | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Hopper Technical Consulting 5817 Highgrove Ct. Lowell, IN 45376 | X | - | | | | X | | X | 120.00 |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,589.85**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Dale Lee Jansma**_____,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| **Illiana Aggregate** **1800 East Joe Orr Rd.** **Chicago Heights, IL 60411** | X | - | | | X | | X | 122.23 |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| **Indiana American Water** **P.O. Box 94551** **Palatine, IL 60094-4551** | X | - | | | X | | X | 183.08 |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| **Indiana Department of Workforce Dev** **attn: Alfred Moody** **6224 Central Av.** **Portage, IN 46368** | X | - | | | X | | X | 1,251.87 |
| Account No. 335633 | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| **Indiana Workforce Development** **10 North Senate Avenue** **Indianapolis, IN 46204-2277** | X | - | | | X | | X | 1,251.87 |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| **Installed Building Products** **c/o Adam Decker, Attorney at Law** **10200 Broadway** **Crown Point, IN 46307** | X | - | | | X | | X | 2,113.64 |

Sheet no. __**7**___ of __**16**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 4,922.69 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dale Lee Jansma**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Jabaay Painting 13369 Osbourne St. Cedar Lake, IN 46303 | X | - | | | X | | X | 8,081.13 |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| James Campbell 2814 223rd St. Sauk Village, IL 60411 | X | - | | | X | | X | 4,585.00 |
| Account No. | | | | 9/28/2007 Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Joshua & Joy Scheeringa 18509 Oakley St. Lansing, IL 60438 | X | - | | | X | | X | 30,000.00 |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Kankakee Valley REMC P.O. Box 157 Wanatah, IN 46390-0157 | X | - | | | X | | X | 94.28 |
| Account No. | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Koransky & Bouwer, PC 425 Joliet St. Suite 425 Dyer, IN 46311 | X | - | | | X | | X | 8,728.98 |

Sheet no. __8___ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    51,489.39

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Lee Jansma**                                                          ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>La Reau Trim<br>17914 Chicago Av.<br>Lansing, IL 60438 | X | - | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 3,800.00 |
| Account No.<br><br>Larry Schoon<br>4811 White Oak Terrace<br>Lowell, IN 46356 | X | - | 3/17/2008<br>Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 25,000.00 |
| Account No.<br><br>Lee Jansma<br>1445 Churchill Dr.<br>Schererville, IN 46375 | X | - | 10/17/2006<br>Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 30,000.00 |
| Account No.<br><br>MBAH Insurance<br>c/o Jeffrey Newell<br>201 Main Street, Suite 810<br>Lafayette, IN 47902-1535 | X | - | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 2,368.67 |
| Account No.<br><br>McCann Construction Supply<br>38951 Eagle Way<br>Chicago, IL 60678-1389 | X | - | Possible personal liability on debt of Jansma Builders, Inc. | X | X | X | 815.20 |

Sheet no. __9___ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,983.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Lee Jansma**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Melrose Schoon**<br>**9440 N. 100 E**<br>**Lake Village, IN 46349** | X | - | | | **11/14/2006**<br>**Possible personal liability on debt of Jansma Builders, Inc.** | X | | X | 75,000.00 |
| Account No. **6004-3002-0020-5794**<br><br>**Menards**<br>**HSBS Business Solutions**<br>**P.O. Box 4160**<br>**Carol Stream, IL 60197-4160** | | - | | | **Credit card** | | | | 5,597.36 |
| Account No. **6004-3001-0451-0422**<br><br>**Menards**<br>**Retail Services Dept.**<br>**P.O. Box 15521**<br>**Wilmington, DE 19850-5521** | | - | | | **Credit card** | | | | 8,484.36 |
| Account No. <br><br>**Michael E. Stanula**<br>**31800 S. Stateline Rd.**<br>**Beecher, IL 60401** | X | - | | | **Possible personal liability on debt of Jansma Builders, Inc.** | X | | X | 6,350.00 |
| Account No. <br><br>**Mobile Mini Inc.**<br>**Attn: Collection Dept.**<br>**7420 S. Kyrene Rd. Suite 100**<br>**Tempe, AZ 85283** | X | - | | | **Possible personal liability on debt of Jansma Builders, Inc.** | X | | X | 329.78 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    95,761.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Lee Jansma**                                                                ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Oak Glen Heating & Cooling 27960 S. Cottage Grove Av. Beecher, IL 60401 | X | - | | | | X | | X | |
| | | | | | | | | | 5,348.80 |
| Account No. | | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Omega Steel 1640 E. Main St. Griffith, IN 46319 | X | - | | | | X | | X | |
| | | | | | | | | | 3,350.00 |
| Account No. | | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Park National Bank Attn: Danielle McKinley 801 N. Clark St. Chicago, IL 60610 | X | - | | | | X | | X | |
| | | | | | | | | | 85.00 |
| Account No. 70-03-048111666895 | | | | | Credit card | | | | |
| PNC Bank Consumer Loan Center 2730 Liberty Av. Pittsburgh, PA 15222 | | - | | | | | | | |
| | | | | | | | | | 25,403.50 |
| Account No. | | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Richards Building Supply Co. 7030 W. 63rd St. Chicago, IL 60638 | X | - | | | | X | X | X | |
| | | | | | | | | | 1,226.64 |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,413.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dale Lee Jansma**_____,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **RLM Construction <br> 108 Blue Jay Way <br> Dyer, IN 46311** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | <br><br><br> 10,947.50 |
| Account No. <br><br> **Robert A. Nowicki <br> 17844 Chappel Av. <br> Lansing, IL 60438** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | <br><br><br> 2,809.51 |
| Account No. <br><br> **Ron Filian <br> c/o Law Offices of Susan S. Baron <br> One Northfield Plaza Suite 300 <br> Winnetka, IL 60093** | | - | | Pending lawsuit <br> see statement of financial affairs | X | | X | <br><br><br> Unknown |
| Account No. <br><br> **Ronald N. Primack <br> Attorney at Law <br> 18401 Maple Creek Dr. Suite 100 <br> Tinley Park, IL 60477** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | <br><br><br> 11,596.75 |
| Account No. <br><br> **Ronson Equipment Co., LLC <br> 18030 Wicker Av. <br> Lowell, IN 46356** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | <br><br><br> 214.86 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    25,568.62

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Dale Lee Jansma** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Schilling Bros. Lumber**<br>**8900 Wicker Av.**<br>**Saint John, IN 46373** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 214.86 |
| Account No.<br><br>**Sikma Plumbing**<br>**1836 Lake St.**<br>**Dyer, IN 46311** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 6,707.00 |
| Account No.<br><br>**Sprint**<br>**P.O. Box 8077**<br>**London, KY 40742** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 1,632.82 |
| Account No.<br><br>**Terpstra's Sales & Service**<br>**1235 E. Glen Park Av.**<br>**Griffith, IN 46319** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 1,156.22 |
| Account No.<br><br>**The Shopper**<br>**924 E. 162nd St.**<br>**South Holland, IL 60473** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | X | X | 87.54 |

Sheet no. __13__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,798.44

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Lee Jansma**                                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Top Line Cartage P.O. Box 5320 Lansing, IL 60438 | X | - | | | | X | | X | 270.00 |
| Account No. | | | | | Possible personal liability on debt of Jansma Builders, Inc. | | | | |
| Tri-Creek Lumber c/o Krieg, Devault LLP 833 W. Lincoln Highway Suite 410 Schererville, IN 46375 | X | - | | | | X | | X | 6,076.00 |
| Account No. 0000-3000-532-861 | | | | | Opened 3/01/07 Last Active 7/12/08 Credit card | | | | |
| Us Bank Attn: Bankruptcy Dept. P.O. Box 5229 Cincinnati, OH 45201 | | - | | | | | | | 15,608.00 |
| Account No. 4798-5312-0475-5450 | | | | | Opened 3/01/07 Last Active 6/18/08 ChargeAccount | | | | |
| US Bank ER Solutions, Inc. P.O. Box 9004 Renton, WA 98057 | | - | | | | | | | 5,351.00 |
| Account No. 6004300104510422 | | | | | Opened 3/01/05 Last Active 6/17/08 ChargeAccount | | | | |
| Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | - | | | | | | | 8,701.00 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                    **36,006.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Lee Jansma**                                                          ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Van Drunen Building Supply**<br>**1110 N. Indiana Av.**<br>**Crown Point, IN 46307** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 4,301.85 |
| Account No.<br><br>**Village of Sauk Village**<br>**21701 Torrence Av.**<br>**Chicago Heights, IL 60411** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 600.00 |
| Account No.<br><br>**Walter M. Convey**<br>**3580 Huntley Terrace**<br>**Crete, IL 60417** | X | - | | Possible personal liability on debt of Jansma Builders, Inc. | X | | X | 1,600.00 |
| Account No. 5418-2207-4710-8511<br><br>**Wash Mutual/providian**<br>**Attn: Bankruptcy Dept**<br>**Po Box 10467**<br>**Greenville, SC 29601** | | - | | Opened 12/01/06 Last Active 6/17/08 CreditCard | | | | 11,874.00 |
| Account No. 5474-6488-0297-9841<br><br>**Wells Fargo Business Direct**<br>**Po Box 29482**<br>**Phoenix, AZ 85038** | | - | | Opened 3/01/07 Last Active 5/20/08 CheckCreditOrLineOfCredit | | | | 21,454.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,829.85

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dale Lee Jansma**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **48567-2002-2230-1304** | | - | | | **Credit card** | | | | |
| **Wells Fargo Business Direct** **P.O. Box 348750** **WA 98534** | | | | | | | | | **7,451.25** |
| Account No. | X | - | | | **Possible personal liability on debt of Jansma Builders, Inc.** | X | | X | |
| **Wiltjer Excavating** **P.O. Box 5211** **Lansing, IL 60438** | | | | | | | | | **180.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **7,631.25** |
| | Total (Report on Summary of Schedules) | **824,138.29** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Dale Lee Jansma**                                                        ,   Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ambros Landscape**<br>**P.O. Box 5036**<br>**Lansing, IL 60438** | **Oral storage lease**<br>**$425/month** |
| **DZ Landscape**<br>**1896 Loganberry**<br>**Crown Point, IN 46307** | **Oral storage lease**<br>**$125/month** |
| **Great American Landscape**<br>**P.O. Box 235**<br>**Dyer, IN 46311** | **Oral  storage lease**<br>**$400/month** |
| **Joe Smith**<br>**833 Rose Bush Lane**<br>**Dyer, IN 46311** | **Oral storage lease**<br>**$165/month** |
| **Joseph Pokraka**<br>**2828 Autumn Dr.**<br>**Crown Point, IN 46307** | **Oral house lease**<br>**$1890/month** |
| **Melissa Padilla**<br>**3526 Lake St.**<br>**Lansing, IL 60438** | **House lease**<br>**$1200/month** |
| **P&S Painting**<br>**P.O. Box 189**<br>**Dyer, IN 46311** | **Oral storage lease**<br>**$155/month** |
| **Ray Jansma**<br>**946 Old Farm Rd**<br>**Dyer, IN 46311** | **Oral apartment lease**<br>**$300/month** |
| **Reitveld Farms**<br>**24364 S. Volbrecht Rd.**<br>**Crete, IL 60417** | **oral farm land crop acreage**<br>**$1,500/year** |
| **Rich Ostergrin**<br>**15 Elm Dr.**<br>**La Porte, IN 46350** | **oral tractor lease**<br>**$953.50/month** |
| **Robert Bass**<br>**P.O. Box 20**<br>**Lansing, IL 60438** | **oral storage lease**<br>**$325/month** |
| **Rona Barnes**<br>**2818 223rd St.**<br>**Sauk Village, IL 60411** | **House lease**<br>**$1600/month** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re   **Dale Lee Jansma**                             ,       Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Szany Electric**<br>**P.O. Box 116**<br>**Schererville, IN 46315** | **Oral storage lease**<br>**$325/month** |
| **Van Drunen Roofing**<br>**8034 Forest Av.**<br>**Munster, IN 46321** | **Oral storage lease**<br>**$350/month** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re  **Dale Lee Jansma**                                                            Case No. _____

,

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **AAA Supply**<br>**608 Route 41**<br>**Schererville, IN 46375** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **All Phases Electrical**<br>**2240 W. Exchange Rd.**<br>**Crete, IL 60417** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Allied Plumbing**<br>**404 Industrial Dr.**<br>**Griffith, IN 46319** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Anthony G. Cattullo**<br>**Law Offices**<br>**18141 Dixie Highway, Suite 108**<br>**Homewood, IL 60430** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Arthur Jansma**<br>**3258 204th St.**<br>**Chicago Heights, IL 60411** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **B&L Drywall**<br>**10770 Joliet St.**<br>**Saint John, IN 46373** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Blink Appliance**<br>**2717 Glenwood-Lansing Rd.**<br>**Chicago Heights, IL 60411** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Cabinets Unlimited**<br>**1007 Ravenswood Dr.**<br>**Saint John, IN 46373** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **CNH Capital America LLC**<br>**P.O. Box 3600**<br>**Lancaster, PA 17601** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Dreyer, Ooms, Van Drunen Ltd.**<br>**17075 South Park**<br>**South Holland, IL 60473** |

**4**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Dale Lee Jansma**                                              ,    Case No. _____
                                   Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Farm Plan**<br>**P.O. Box 5328**<br>**Madison, WI 53705** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **First American Corelogic, Inc.**<br>**P.O. Box 847239**<br>**Dallas, TX 75284-7239** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Gehl Finance**<br>**P.O. Box 1985**<br>**West Bend, WI 53095** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Gus Bock's Ace Hardware**<br>**1150 Sheffield Av.**<br>**Dyer, IN 46311** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Hardings Heavy Equipment**<br>**c/o Law Offices of Eduardo Fontanez**<br>**7135 Indianapolis Blvd.**<br>**Hammond, IN 46324** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Home Lumber Co.**<br>**c/o Casale, Woodward & Buls, LLP**<br>**9223 Broadway Suite A**<br>**Merrillville, IN 46410** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Hopper Technical Consulting**<br>**5817 Highgrove Ct.**<br>**Lowell, IN 45376** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Illiana Aggregate**<br>**1800 East Joe Orr Rd.**<br>**Chicago Heights, IL 60411** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Indiana American Water**<br>**P.O. Box 94551**<br>**Palatine, IL 60094-4551** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Indiana Department of Workforce Dev**<br>**attn: Alfred Moody**<br>**6224 Central Av.**<br>**Portage, IN 46368** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Indiana Workforce Development**<br>**10 North Senate Avenue**<br>**Indianapolis, IN 46204-2277** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Installed Building Products**<br>**c/o Adam Decker, Attorney at Law**<br>**10200 Broadway**<br>**Crown Point, IN 46307** |

Sheet   __1__  of  __4__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Dale Lee Jansma**                                                                                      , Case No. _____

                                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jansma Builders, Inc.<br>946 Old Farm Road<br>Dyer, IN 46311 | Jabaay Painting<br>13369 Osbourne St.<br>Cedar Lake, IN 46303 |
| Jansma Builders, Inc.<br>946 Old Farm Road<br>Dyer, IN 46311 | James Campbell<br>2814 223rd St.<br>Sauk Village, IL 60411 |
| Jansma Builders, Inc.<br>946 Old Farm Road<br>Dyer, IN 46311 | Joshua & Joy Scheeringa<br>18509 Oakley St.<br>Lansing, IL 60438 |
| Jansma Builders, Inc.<br>946 Old Farm Road<br>Dyer, IN 46311 | Kankakee Valley REMC<br>P.O. Box 157<br>Wanatah, IN 46390-0157 |
| Jansma Builders, Inc.<br>946 Old Farm Road<br>Dyer, IN 46311 | Koransky & Bouwer, PC<br>425 Joliet St.<br>Suite 425<br>Dyer, IN 46311 |
| Jansma Builders, Inc.<br>946 Old Farm Road<br>Dyer, IN 46311 | La Reau Trim<br>17914 Chicago Av.<br>Lansing, IL 60438 |
| Jansma Builders, Inc.<br>946 Old Farm Road<br>Dyer, IN 46311 | Larry Schoon<br>4811 White Oak Terrace<br>Lowell, IN 46356 |
| Jansma Builders, Inc.<br>946 Old Farm Road<br>Dyer, IN 46311 | Lee Jansma<br>1445 Churchill Dr.<br>Schererville, IN 46375 |
| Jansma Builders, Inc.<br>946 Old Farm Road<br>Dyer, IN 46311 | MBAH Insurance<br>c/o Jeffrey Newell<br>201 Main Street, Suite 810<br>Lafayette, IN 47902-1535 |
| Jansma Builders, Inc.<br>946 Old Farm Road<br>Dyer, IN 46311 | McCann Construction Supply<br>38951 Eagle Way<br>Chicago, IL 60678-1389 |
| Jansma Builders, Inc.<br>946 Old Farm Road<br>Dyer, IN 46311 | Melrose Schoon<br>9440 N. 100 E<br>Lake Village, IN 46349 |
| Jansma Builders, Inc.<br>946 Old Farm Road<br>Dyer, IN 46311 | Michael E. Stanula<br>31800 S. Stateline Rd.<br>Beecher, IL 60401 |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

In re   **Dale Lee Jansma**                                                                    ,   Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Mobile Mini Inc.**<br>**Attn: Collection Dept.**<br>**7420 S. Kyrene Rd. Suite 100**<br>**Tempe, AZ 85283** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Oak Glen Heating & Cooling**<br>**27960 S. Cottage Grove Av.**<br>**Beecher, IL 60401** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Ronald N. Primack**<br>**Attorney at Law**<br>**18401 Maple Creek Dr. Suite 100**<br>**Tinley Park, IL 60477** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Robert A. Nowicki**<br>**17844 Chappel Av.**<br>**Lansing, IL 60438** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Omega Steel**<br>**1640 E. Main St.**<br>**Griffith, IN 46319** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Park National Bank**<br>**Attn: Danielle McKinley**<br>**801 N. Clark St.**<br>**Chicago, IL 60610** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Richards Building Supply Co.**<br>**7030 W. 63rd St.**<br>**Chicago, IL 60638** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **RLM Construction**<br>**108 Blue Jay Way**<br>**Dyer, IN 46311** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Ronson Equipment Co., LLC**<br>**18030 Wicker Av.**<br>**Lowell, IN 46356** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Schilling Bros. Lumber**<br>**8900 Wicker Av.**<br>**Saint John, IN 46373** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Sikma Plumbing**<br>**1836 Lake St.**<br>**Dyer, IN 46311** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Sprint**<br>**P.O. Box 8077**<br>**London, KY 40742** |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Codebtors

In re    **Dale Lee Jansma**                                                    Case No. _____
_____,
Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Terpstra's Sales & Service**<br>**1235 E. Glen Park Av.**<br>**Griffith, IN 46319** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **The Shopper**<br>**924 E. 162nd St.**<br>**South Holland, IL 60473** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Top Line Cartage**<br>**P.O. Box 5320**<br>**Lansing, IL 60438** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Tri-Creek Lumber**<br>**c/o Krieg, Devault LLP**<br>**833 W. Lincoln Highway Suite 410**<br>**Schererville, IN 46375** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Van Drunen Building Supply**<br>**1110 N. Indiana Av.**<br>**Crown Point, IN 46307** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Village of Sauk Village**<br>**21701 Torrence Av.**<br>**Chicago Heights, IL 60411** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Walter M. Convey**<br>**3580 Huntley Terrace**<br>**Crete, IL 60417** |
| **Jansma Builders, Inc.**<br>**946 Old Farm Road**<br>**Dyer, IN 46311** | **Wiltjer Excavating**<br>**P.O. Box 5211**<br>**Lansing, IL 60438** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re __Dale Lee Jansma_____     Case No. _____
                                  Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
| --- | --- | --- |
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter**<br>**Daughter**<br>**Son** | AGE(S):<br>**13**<br>**17**<br>**17**<br>**20** |

| Employment: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation | **General Laborer** | |
| Name of Employer | **Construction Coach Experts, LLC** | |
| How long employed | **3 months** | |
| Address of Employer | **16015 Stateline Rd.**<br>**Lowell, IN 46356** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
| --- | --- | --- | --- |
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **2,513.33** | $ **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ | **2,513.33** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|     a.  Payroll taxes and social security | $ | **314.56** | $ **N/A** |
|     b.  Insurance | $ | **0.00** | $ **N/A** |
|     c.  Union dues | $ | **0.00** | $ **N/A** |
|     d.  Other (Specify): | $ | **0.00** | $ **N/A** |
| | $ | **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **314.56** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,198.77** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ **N/A** |
| 8. Income from real property | $ | **2,695.00** | $ **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ **N/A** |
| 11. Social security or government assistance | | | |
| (Specify): | $ | **0.00** | $ **N/A** |
| | $ | **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ **N/A** |
| 13. Other monthly income | | | |
| (Specify): | $ | **0.00** | $ **N/A** |
| | $ | **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,695.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,893.77** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **4,893.77** | |

                                       (Report also on Summary of Schedules and, if applicable, on
                                       Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Dale Lee Jansma**                                          Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,186.00 |
| a. Are real estate taxes included?          Yes ___        No **X** | | |
| b. Is property insurance included?          Yes ___        No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 1,209.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 35.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 40.00 |
| 4. Food | $ | 700.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 84.00 |
| b. Life | $ | 90.00 |
| c. Health | $ | 450.00 |
| d. Auto | $ | 201.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Children's education** | $ | 1,900.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,345.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 4,893.77 |
| b.    Average monthly expenses from Line 18 above | $ | 8,345.00 |
| c.    Monthly net income (a. minus b.) | $ | -3,451.23 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Dale Lee Jansma**                                                                     Case No. _____

                                       Debtor(s)                Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**39**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March  3, 2009** _____          Signature   **/s/ Dale Lee Jansma** _____

                                                                                      **Dale Lee Jansma**
                                                                                      Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                     Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Dale Lee Jansma**                                          Case No.   _____

_____     Chapter   **7**   _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2007 income** |
| **$0.00** | **2008 income** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$32,340.00** | **2007 rental income** |

2

| AMOUNT | SOURCE |
|---|---|
| **$32,340.00** | **2008 rental income** |

### 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Deutsche Bank v. Dale Jansma, et al 2008 CH 30648** | **Mortgage foreclosure** | **Cook County** | **Pending** |
| **Ronald J. Filian v. Dale J. Jansma and Jansma Builders 2008 CH 3808** | **Mortgage foreclosure** | **Cook County** | **Mortgage forclosure judgment entered 1/12/09** |
| **Indymac v. Dale Jansma 08 CH 26329** | **Mortgage Foreclosure** | **Pending** | **Judgment of foreclosure entered 12/15/08** |
| **Everhome Mortgage v. Dale Jansma 45D040810** | **Mortgage foreclosure** | **Lake County, IN** | **Pending** |
| **James Campbell v. Jansma Builders and Dale Jansma 2007 M6 002562** | **Contract** | **Cook County** | **Pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None □ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gehl Finance**<br>**P.O. Box 1985**<br>**West Bend, WI 53095** | **12/15/08** | **Skidsteer Tractor**<br>**$46,000** |
| **CNH Capital America LLC**<br>**P.O. Box 3600**<br>**Lancaster, PA 17601** | **10/9/08** | **Hitachi Excavator**<br>**$60,000** |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Foster, Kallen & Smith**<br>**3825 W. 192nd St.**<br>**Homewood, IL 60430** | **1/20/09** | **$2000** |
| **Foster, Kallen & Smith**<br>**3825 W. 192nd St.**<br>**Homewood, IL 60430** | **10/31/08** | **$3000** |

### 10.  Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| **Elias Terrazas**<br>**22314 Plum Creek Dr.**<br>**Chicago Heights, IL 60411** | **2/4/08** | **22625 Theodore Av.**<br>**Sauk Village, IL**<br>**$130,000 received and right to repurchase,**<br>**which has expired** |
| **Elias Terrazas**<br>**22314 Plum Creek Dr.**<br>**Chicago Heights, IL 60411** | **2/22/08** | **1763 Reichert**<br>**Sauk Village, IL**<br>**$160,000 received plus right to right to**<br>**repurchase, which has expired** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **946 Old Farm Road Lynwood, IL 60411** | **Dale Lee Jansma** | **2003-November, 2008** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Jansma Builders, Inc.** | **35-1844649** | **946 Old Farm Road Dyer, IN 46311** | **Contractor** | **1980-present, incorporated in 1992** |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Dreyer, Ooms, Van Drunen Ltd.**<br>**17075 South Park**<br>**South Holland, IL 60473** | **1980-present** |

None
■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Great Lakes Bank**<br>**13057 S. Western Ave.**<br>**Blue Island, IL 60406** | **2005 and 2006** |
| **Allegiance Bank**<br>**8001 W. 183rd St.**<br>**Tinley Park, IL 60487** | **2005 and 2006** |

**20. Inventories**

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

8

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **March 3, 2009**                    Signature   **/s/ Dale Lee Jansma**
                                                        **Dale Lee Jansma**
                                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Dale Lee Jansma_____     Case No. _____
                                    Debtor(s)          Chapter    __7_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered        ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>☐ Claimed as Exempt                    ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __March  3, 2009_____          Signature   __/s/ Dale Lee Jansma_____
                                                      **Dale Lee Jansma**
                                                      Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re __Dale Lee Jansma__                                      Case No. _____

                                                    Debtor(s)          Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept........................................................    $ _____ **5,000.00**

Prior to the filing of this statement I have received..........................................    $ _____ **5,000.00**

Balance Due......................................................................................................    $ _____ **0.00**

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
any other adversary proceeding.**

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    __March  3, 2009__                          /s/ Chester H. Foster, Jr.
                                                        **Chester H. Foster, Jr.**
                                                        **Foster, Kallen & Smith**
                                                        **3825 W. 192nd St.**
                                                        **Homewood, IL 60430**
                                                        **708-799-6300  Fax: 708-799-6339**
                                                        **chf@fosterkallen.com**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

B 201 (12/08) Page 2

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Chester H. Foster, Jr. | X /s/ Chester H. Foster, Jr. | March  3, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**3825 W. 192nd St.**
**Homewood, IL 60430**
**708-799-6300**
**chf@fosterkallen.com**

## Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Dale Lee Jansma | X /s/ Dale Lee Jansma | March  3, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Dale Lee Jansma__ _____

                                Debtor(s)

Case No. _____

Chapter   __7__ _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __117__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    __March  3, 2009__ _____

            __/s/ Dale Lee Jansma__ _____
            __Dale Lee Jansma__
            Signature of Debtor

5/3 Bank Cc
38 Fountain Square
Cincinnati, OH 45263


AAA Supply
608 Route 41
Schererville, IN 46375


Advanta Bank Corp
Po Box 844
Spring House, PA 19477


Alfonso Menchaca
1127 Cornwallis Ln.
Munster, IN 46321


All Phases Electrical
2240 W. Exchange Rd.
Crete, IL 60417


Allegiance Bank
8001 W. 183rd St.
Tinley Park, IL 60487


Alliance One
1160 Centre Pointe Dr. Suite 1
Saint Paul, MN 55120


Allied Plumbing
404 Industrial Dr.
Griffith, IN 46319


Ambros Landscape
P.O. Box 5036
Lansing, IL 60438


Anthony G. Cattullo
Law Offices
18141 Dixie Highway, Suite 108
Homewood, IL 60430


Arthur Jansma
3258 204th St.
Chicago Heights, IL 60411

```
AT&T
P.O. Box 8100
Aurora, IL 60507-8100


B&L Drywall
10770 Joliet St.
Saint John, IN 46373


Bank of America
P.O. Box 15027
Wilmington, DE 19850-5027


Bank of America
P.O. Box 15184
Wilmington, DE 19850-5184


Blink Appliance
2717 Glenwood-Lansing Rd.
Chicago Heights, IL 60411


Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN 55344


Cabinets Unlimited
1007 Ravenswood Dr.
Saint John, IN 46373


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Centier Bank
600 E 84th Ave
Merrillville, IN 46410


Chase - Cc
Attention: Banktruptcy Department
Po Box 15298
Wilmintgon, DE 19850


Citi
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64915
```

Citi Flex
Po Box 6241
Sioux Falls, SD 57117


CNH Capital America LLC
P.O. Box 3600
Lancaster, PA 17601


Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197


Cotton Acquisition, LLC
Walter Cotton
6641 Joliet St.
Dyer, IN 46311


Discover Financial
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Dreyer, Ooms, Van Drunen Ltd.
17075 South Park
South Holland, IL 60473


DZ Landscape
1896 Loganberry
Crown Point, IN 46307


Elias Terrazas
22314 Plum Creek Dr.
Chicago Heights, IL 60411


Everhome Mortgage Co
Attn: Bankruptcy
8100 Nationsway
Jacksonville, FL 32256


Farm Plan
P.O. Box 5328
Madison, WI 53705

Fifth Third Bank
C/O Bankruptcy Dept, Mdropso5
1850 East Paris
Grand Rapids, MI 49546


First American Corelogic, Inc.
P.O. Box 847239
Dallas, TX 75284-7239


GE Cap Finance
GE Money Bank
P.O. Box 981127
El Paso, TX 79998-1127


Gehl Finance
P.O. Box 1985
West Bend, WI 53095


GEMB / Walmart
Attention: Bankruptcy
Po Box 103106
Roswell, GA 30076


Gordon Burich
12416 Kingfisher Rd.
Crown Point, IN 46307


Great American Landscape
P.O. Box 235
Dyer, IN 46311


Great Lakes Bank
13057 S. Western Ave.
Blue Island, IL 60406


Gus Bock's Ace Hardware
1150 Sheffield Av.
Dyer, IN 46311


Hardings Heavy Equipment
c/o Law Offices of Eduardo Fontanez
7135 Indianapolis Blvd.
Hammond, IN 46324

Home Comings Financial
Attention:  Bankruptcy Dept
1100 Virginia Drive
Fort Washington, PA 19034


Home Depot Credit Services
P.O. Box 653001
Dallas, TX 75265-3001


Home Lumber Co.
c/o Casale, Woodward & Buls, LLP
9223 Broadway Suite A
Merrillville, IN 46410


Hopper Technical Consulting
5817 Highgrove Ct.
Lowell, IN 45376


Illiana Aggregate
1800 East Joe Orr Rd.
Chicago Heights, IL 60411


Indiana American Water
P.O. Box 94551
Palatine, IL 60094-4551


Indiana Department of Workforce Dev
attn: Alfred Moody
6224 Central Av.
Portage, IN 46368


Indiana Workforce Development
10 North Senate Avenue
Indianapolis, IN 46204-2277


Indymac Bank
7700 W Parmer Ln
Bldg D 2nd Floor
Austin, TX 78729


Installed Building Products
c/o Adam Decker, Attorney at Law
10200 Broadway
Crown Point, IN 46307

Irwin Home Equity
12677 Alcosta Blvd.
Suite 500
San Ramon, CA 94583


Jabaay Painting
13369 Osbourne St.
Cedar Lake, IN 46303


James Campbell
2814 223rd St.
Sauk Village, IL 60411


Jansma Builders, Inc.
946 Old Farm Road
Dyer, IN 46311


Jeffrey Newell
Ball Eggleston
201 Main Street, Suite 810
Lafayette, IN 47902-1535


Joe Smith
833 Rose Bush Lane
Dyer, IN 46311


Joseph Pokraka
2828 Autumn Dr.
Crown Point, IN 46307


Joshua & Joy Scheeringa
18509 Oakley St.
Lansing, IL 60438


Kankakee Valley REMC
P.O. Box 157
Wanatah, IN 46390-0157


Koransky & Bouwer, PC
425 Joliet St.
Suite 425
Dyer, IN 46311

Kubota Credit Corporation
1175 S. Guild
Lodi, CA 95420


La Reau Trim
17914 Chicago Av.
Lansing, IL 60438


Larry Schoon
4811 White Oak Terrace
Lowell, IN 46356


Lee Jansma
1445 Churchill Dr.
Schererville, IN 46375


MBAH Insurance
c/o Jeffrey Newell
201 Main Street, Suite 810
Lafayette, IN 47902-1535


McCann Construction Supply
38951 Eagle Way
Chicago, IL 60678-1389


Melissa Padilla
3526 Lake St.
Lansing, IL 60438


Melrose Schoon
9440 N. 100 E
Lake Village, IN 46349


Menards
HSBS Business Solutions
P.O. Box 4160
Carol Stream, IL 60197-4160


Menards
Retail Services Dept.
P.O. Box 15521
Wilmington, DE 19850-5521

Michael E. Stanula
31800 S. Stateline Rd.
Beecher, IL 60401


Michael Jansma
4585 Levi Ct.
Loveland, CO 80537


Michelle Broughton-Fountain
19150 South Kedzie Ste 103-B
Flossmoor, IL 60422


Mobile Mini Inc.
Attn: Collection Dept.
7420 S. Kyrene Rd. Suite 100
Tempe, AZ 85283


National Enterprise Systems
29125 Solon Rd.
Solon, OH 44139-3442


NCO Financial System, Inc.
507 Prudential Road
Horsham, PA 19044


Northland Group, Inc.
P.O. Box 390905
Minneapolis, MN 55439


Oak Glen Heating & Cooling
27960 S. Cottage Grove Av.
Beecher, IL 60401


Omega Steel
1640 E. Main St.
Griffith, IN 46319


P&S Painting
P.O. Box 189
Dyer, IN 46311


Park National Bank
Attn: Danielle McKinley
801 N. Clark St.
Chicago, IL 60610

PNC Bank
Consumer Loan Center
2730 Liberty Av.
Pittsburgh, PA 15222


Ray Jansma
946 Old Farm Rd
Dyer, IN 46311


Reitveld Farms
24364 S. Volbrecht Rd.
Crete, IL 60417


Rich Ostergrin
15 Elm Dr.
La Porte, IN 46350


Richards Building Supply Co.
7030 W. 63rd St.
Chicago, IL 60638


RLM Construction
108 Blue Jay Way
Dyer, IN 46311


Robert A. Nowicki
17844 Chappel Av.
Lansing, IL 60438


Robert Bass
P.O. Box 20
Lansing, IL 60438


Ron Filian
c/o Law Offices of Susan S. Baron
One Northfield Plaza Suite 300
Winnetka, IL 60093


Ron Fillian
2041 Raintree Rd.
Yorkville, IL 60560


Rona Barnes
2818 223rd St.
Sauk Village, IL 60411

Ronald N. Primack
Attorney at Law
18401 Maple Creek Dr. Suite 100
Tinley Park, IL 60477


Ronson Equipment Co., LLC
18030 Wicker Av.
Lowell, IN 46356


Schilling Bros. Lumber
8900 Wicker Av.
Saint John, IN 46373


Sikma Plumbing
1836 Lake St.
Dyer, IN 46311


Sprint
P.O. Box 8077
London, KY 40742


Susan Barron
1 Northfield Pl #300
Winnetka, IL 60093


Szany Electric
P.O. Box 116
Schererville, IN 46315


Terpstra's Sales & Service
1235 E. Glen Park Av.
Griffith, IN 46319


The Shopper
924 E. 162nd St.
South Holland, IL 60473


Top Line Cartage
P.O. Box 5320
Lansing, IL 60438


Tri-Creek Lumber
c/o Krieg, Devault LLP
833 W. Lincoln Highway Suite 410
Schererville, IN 46375

Us Bank
Attn: Bankruptcy Dept.
P.O. Box 5229
Cincinnati, OH 45201


US Bank
ER Solutions, Inc.
P.O. Box 9004
Renton, WA 98057


Us Bank/na Nd
Attn: Bankruptcy Dept
Po Box 5229
Cincinnati, OH 45201


Van Drunen Building Supply
1110 N. Indiana Av.
Crown Point, IN 46307


Van Drunen Roofing
8034 Forest Av.
Munster, IN 46321


Village of Sauk Village
21701 Torrence Av.
Chicago Heights, IL 60411


Walter M. Convey
3580 Huntley Terrace
Crete, IL 60417


Wash Mutual/providian
Attn: Bankruptcy Dept
Po Box 10467
Greenville, SC 29601


Washington Mutual Mortgage
Attention: Bankruptcy Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256


Wells Fargo Business Direct
Po Box 29482
Phoenix, AZ 85038

```
Wells Fargo Business Direct
P.O. Box 348750
WA 98534


Wiltjer Excavating
P.O. Box 5211
Lansing, IL 60438
```